| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (CABN 298752)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6830 |
| 7 | Email: Kyle.Waldinger@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLICATION BY THE UNITED STATES FOR A SEARCH WARRANT FOR INFORMATION STORED AT PREMISES CONTROLLED BY GOOGLE FOR INVESTIGATION OF 18 U.S.C. §§ 970(A) & 371 | No. CR 3:24-MJ-70090 LJC<br><br>ORDER<br><br>**FILED UNDER SEAL** |

The Court, having considered Google LLC's ("Google") Motion to Quash and the United States' Response to that Motion, and in light of the fact that the United States is withdrawing the search warrant at issue and will not seek its execution, hereby DENIES Google's Motion to Quash as moot.

DATED: February 22, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge

ORDER
CR 3:24-MJ-70090 LJC